# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155196(81)(83)(85)(86)(87)

MICHIGAN GUN OWNERS, INC. and
ULYSSES WONG,
      Plaintiffs-Appellants,

v

ANN ARBOR PUBLIC SCHOOLS and
JEANICE K. SWIFT,
      Defendants-Appellees.

_____/

SC: 155196
COA: 329632
Washtenaw CC: 15-000427-CZ

On order of the Chief Justice, the separate motions of (1) Life Skills Center of Pontiac, Inc., and edtec central, LLC, (2) Michigan Education Association and Michigan Parent Teacher Association, (3) Brady Center to Prevent Gun Violence, and (4) City of Ann Arbor to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities are accepted for filing. On further order of the Chief Justice, the motion to allow out-of-state attorney Paul B. Carberry to temporarily appear and practice is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk